Andrew B. Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
E-mail: andrew.zollinger@dlapiper.com

*Proposed Counsel for the Debtor*

Thomas R. Califano (*pro hac vice admission pending*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
E-mail: thomas.califano@dlapiper.com

Rachel Nanes (*pro hac vice admission pending*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8563
Facsimile: (305) 675-8206
E-mail: rachel.nanes@dlapiper.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CHAPTER 11** |
| **TARRANT COUNTY SENIOR LIVING** | § | |
| **CENTER, INC.**[1] | § | **CASE NO. 19-33756 (SGJ)** |
| | § | |
| Debtor. | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 7, 2019 AT 9:30 A.M. (CST)**

**MATTERS GOING FORWARD**

1. Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 3]

   **Status:** This matter is going forward.

2. Motion of the Debtor for Order (I) Extending Time for Debtor to File Its Schedules and Statements and (II) Permanently Waiving Same Upon Confirmation of Debtor's Prepackaged Plan of Reorganization [Docket No. 4];

   **Status:** This matter is going forward.

3. Debtor's Application for Authorization to Employ and Retain Epiq Corporate Restructuring, LLC, as Notice, Claims, and Solicitation Agent, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 5];

   **Status:** This matter is going forward.

---

[1] The last four digits of the Debtor's federal tax identification number are 8602.

4.　　Motion of the Debtor for Entry of an Order Authorizing the Implementation of Procedures to Maintain and Protect Confidential Resident and Patient Information [Docket No. 6];

　　**Status:**　This matter is going forward.

5.　　Motion of the Debtor for Entry of Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, (II) Maintenance of Existing Bank Accounts, (III) Continued Use of Existing Business Forms, and (IV) An Extension of Time to Comply with 11 U.S.C. § 345(b) Deposit and Investment Requirements [Docket No. 7];

　　**Status:**　This matter is going forward.

6.　　Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to (A) Escrow Postpetition Entrance Fees in Its Existing Entrance Fee Escrow Account and (B) Refund Postpetition Entrance Fees Under Certain Circumstances During the Chapter 11 Case; and (II) Granting Related Relief [Docket No. 8];

　　**Status:**　This matter is going forward.

7.　　Motion of the Debtor for Interim and Final Orders Authorizing (I) the Debtor to Pay Certain Prepetition Salaries, Wages, and Compensation, (II) the Continuation of Employee Benefit Programs and (III) Directing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations [Docket No. 9];

　　**Status:**　This matter is going forward.

8.　　Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Pay Certain Prepetition Taxes [Docket No. 10];

　　**Status:**　This matter is going forward.

9.　　Motion of the Debtor for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (II) Deeming the Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Docket No. 11];

　　**Status:**　This matter is going forward.

10.　　Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (B) Renew, Revise, Extend, Supplement, Change or Enter Into New Insurance Policies, and (II) Granting Certain Related Relief [Docket No. 12];

　　**Status:**　This matter is going forward.

11.     Motion of the Debtor for Entry of Interim and Final Orders Authorizing, But Not Directing, the Debtor to Continue Its Prepetition Business Operations, Policies, and Practices and Pay Related Claims in the Ordinary Course of Business on a Postpetition Basis [Docket No. 13];

    **Status:** This matter is going forward.

12.     Motion of the Debtor for Interim and Final Orders (I) Authorizing the Debtor to Use the Cash Collateral of UMB Bank, N.A., as Trustee; (II) Providing UMB Bank, N.A., as Trustee, Adequate Protection; and (III) Modifying the Automatic Stay [Docket No. 14]; and

    **Status:** This matter is going forward.

13.     Debtor's Motion for Entry of an Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan; (II) Fixing Deadline to Object to Disclosure Statement and Prepackaged Plan; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing, and Objection Deadline; (IV) Conditionally Directing the United States Trustee Not To Convene Section 341(A) Meeting of Creditors; and (V) Granting Related Relief [Docket No. 15].

    **Status:** This matter is going forward.

Dated: November 6, 2019
        Dallas, Texas

**DLA PIPER LLP (US)**

By: /s/ Andrew B. Zollinger
Andrew B. Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
E-mail: andrew.zollinger@dlapiper.com

- and -

Thomas R. Califano (*pro hac vice admission pending*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
E-mail: thomas.califano@dlapiper.com

- and -

Rachel Nanes (*pro hac vice admission pending*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone:  (305) 423-8563
Facsimile:   (305) 675-8206
E-mail:  rachel.nanes@dlapiper.com

*Proposed Counsel for the Debtor*

EAST\164177409.2