Andrew B. Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 743-4500
Facsimile:  (214) 743-4545
E-mail:  andrew.zollinger@dlapiper.com

*Proposed Counsel for the Debtor*

Thomas R. Califano (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
E-mail:  thomas.califano@dlapiper.com

Rachel Nanes (admitted *pro hac vice*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone:  (305) 423-8563
Facsimile:  (305) 675-8206
E-mail:  rachel.nanes@dlapiper.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CHAPTER 11** |
| **TARRANT COUNTY SENIOR LIVING** | § | |
| **CENTER, INC.**[1] | § | **CASE NO. 19-33756 (SGJ)** |
| | § | |
| **Debtor.** | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 26, 2019 AT 9:30 A.M. (CST)**

**UNCONTESTED MATTERS TO BE HEARD:**

1. Motion of the Debtor for Order (I) Extending Time for Debtor to File Its Schedules and Statements and (II) Permanently Waiving Same Upon Confirmation of Debtor's Prepackaged Plan of Reorganization [Docket No. 4];

    **Related Documents:**

    - Interim Order Granting Motion of the Debtor for Entry of an Order (I) Extending Time for Debtor to File Its Schedules and Statements and (II) Permanently Waiving Same upon Confirmation of Debtor's Prepackaged Plan of Reorganization [Docket No. 57].

    **Responses Received:**  None.

    **Status:**  The Motion was granted on an interim basis.  An agreement was reached

---

[1] The last four digits of the Debtor's federal tax identification number are 8602.

1

EAST\170328442.1

with the United States Trustee regarding a conditional extension through and including December 31, 2019. This final hearing is going forward as an uncontested matter.

2. Motion of the Debtor for Entry of Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, (II) Maintenance of Existing Bank Accounts, (III) Continued Use of Existing Business Forms, and (IV) An Extension of Time to Comply with 11 U.S.C. § 345(b) Deposit and Investment Requirements [Docket No. 7];

   **Related Documents:**

   - Interim Order Authorizing (I) Continued Use of Existing Cash Management System, (II) Maintenance of Existing Bank Accounts, (III) Continued Use of Existing Business Forms, and (IV) An Extension of Time to Comply with 11 U.S.C. § 345(b) Deposit and Investment Requirements [Docket No. 45].

   **Responses Received:** None.

   **Status:** The Motion was granted on an interim basis. The final hearing is going forward as an uncontested matter.

3. Motion of the Debtor for Interim and Final Orders (I) Authorizing (A) the Debtor to Pay Certain Prepetition Salaries, Wages, and Compensation and (B) the Continuation of Employee Benefit Programs and (II) Directing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations [Docket No. 9];

   **Related Documents:**

   - Interim Order (I) Authorizing (A) the Debtor to Pay Certain Prepetition Salaries, Wages, and Compensation and (B) the Continuation of Employee Benefit Programs and (II) Directing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations [Docket No. 54].

   **Responses Received:** None.

   **Status:** The Motion was granted on an interim basis. The final hearing is going forward as an uncontested matter.

4. Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Pay Certain Prepetition Taxes [Docket No. 10];

   **Related Documents:**

   - Interim Order Authorizing, But Not Directing, the Debtor to Pay Certain Prepetition Taxes and Related Relief [Docket No. 61].

2

EAST\170328442.1

**Responses Received:**  None.

**Status:**  The Motion was granted on an interim basis.  The final hearing is going forward as an uncontested matter.

5. Motion of the Debtor for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (II) Deeming the Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Docket No. 11];

     **Related Documents:**

     - Interim Order (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (II) Deeming the Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Docket No. 59].

     **Responses Received:**  None.

     **Status:**  The Motion was granted on an interim basis.  This final hearing is going forward as an uncontested matter.

6. Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (B) Renew, Revise, Extend, Supplement, Change or Enter Into New Insurance Policies, and (II) Granting Certain Related Relief [Docket No. 12];

     **Related Documents:**

     - Interim Order (I) Authorizing the Debtor to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Revise, Extend, Supplement, Change or Enter Into New Insurance Policies, and (II) Granting Certain Related Relief [Docket No. 53].

     **Responses Received:**  None.

     **Status:**  The Motion was granted on an interim basis.  The final hearing is going forward as an uncontested matter.

7. Motion of the Debtor for Entry of Interim and Final Orders, Authorizing But Not Directing, the Debtor to Continue its Prepetition Business Operations, Policies, and Practices and Pay Related Claims in the Ordinary Course of Business on a Postpetition Basis [Docket No. 13];

   **Related Documents:**

   - Interim Order Authorizing But Not Directing, the Debtor to Continue its Prepetition Business Operations, Policies, and Practices and Pay Related Claims in the Ordinary Course of Business on a Postpetition Basis [Docket No. 60].

   **Responses Received:** None.

   **Status:** The Motion was granted on an interim basis. The final hearing is going forward as an uncontested matter.

8. Motion of the Debtor for Interim and Final Orders (I) Authorizing the Debtor to Use the Cash Collateral of UMB Bank, N.A., as Trustee; (II) Providing UMB Bank, N.A., as Trustee, Adequate Protection; and (III) Modifying the Automatic Stay [Docket No. 14]; and

   **Related Documents:**

   - Interim Order (I) Authorizing the Debtor to Use the Cash Collateral of UMB Bank, N.A., as Trustee; (II) Providing UMB Bank, N.A., as Trustee, Adequate Protection; and (III) Modifying the Automatic Stay [Docket No. 46].

   **Responses Received:** None.

   **Status:** The Motion was granted on an interim basis. This final hearing is going forward as an uncontested matter.

9. Motion of the Debtor for Entry of an Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan of Reorganization; (II) Fixing Related Objection Deadlines and Approving Notice Procedures; (III) Approving Prepetition Solicitation Procedures; (IV) Conditionally Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors; and (V) Granting Relief [Docket No. 15].

   **Related Documents:**

   - Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan of Reorganization;

    (II) Fixing Related Objection Deadlines and Approving Notice Procedures; and (III) Granting Related Relief [Docket No. 44].

    **Responses Received:**  None.

    **Status:**  The Motion was granted on an interim basis.  An agreement was reached with the United States Trustee regarding a conditional waiver of the 341 meeting through and including December 31, 2019.  This final hearing is going forward as an uncontested matter.

**CONTESTED MATTERS TO BE HEARD:**

10. Order to Show Cause Regarding the Appointment of a Patient Care Ombudsman Pursuant to 11 U.S.C. § 333 [Docket No. 43].

    **Related Documents:**  None.

    **Responses Received:**

- Debtor's Response to Order to Show Cause Regarding the Appointment of a Patient Care Ombudsman Pursuant to 11 U.S.C. § 333 [Docket No. 69].

    **Status:**  This matter is going forward as a contested matter.

Dated: November 22, 2019
   Dallas, Texas

**DLA PIPER LLP (US)**

By: /s/ Andrew B. Zollinger
Andrew B. Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
E-mail: andrew.zollinger@dlapiper.com

- and -

Thomas R. Califano (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
E-mail: thomas.califano@dlapiper.com

- and -

5

Rachel Nanes (admitted *pro hac vice*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Tel:  (305) 423-8563
Fax:  (305) 675-8206
E-mail:  rachel.nanes@dlapiper.com

*Proposed Counsel for the Debtor*