Andrew B. Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 743-4500
Facsimile:  (214) 743-4545
E-mail:  andrew.zollinger@dlapiper.com

*Proposed Counsel for the Debtor*

Thomas R. Califano (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
E-mail:  thomas.califano@dlapiper.com

Rachel Nanes (admitted *pro hac vice*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone:  (305) 423-8563
Facsimile:  (305) 675-8206
E-mail:  rachel.nanes@dlapiper.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CHAPTER 11** |
| **TARRANT COUNTY SENIOR LIVING** | § | |
| **CENTER, INC.**[1] | § | **CASE NO. 19-33756 (SGJ)** |
| | § | |
| **Debtor.** | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 19, 2019 AT 9:30 A.M. (CST)**

**MATTERS TO BE HEARD:**

1. Debtor's First Amended Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 105] and Disclosure Statement for Debtor's Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 18].

    **Related Documents:**

    - Motion of the Debtor for Entry on an Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan of Reorganization; (II) Fixing Related Objection Deadlines and Approving Notice Procedures; (III) Approving Prepetition Solicitation Procedures; (IV) Conditionally Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors; and (V) Granting

---

[1] The last four digits of the Debtor's federal tax identification number are 8602.

- Related Relief [Docket No. 15];

- Declaration of Jane Sullivan on Behalf of Epiq Corporate Restructuring, LLC Regarding Service of Solicitation Packages and Voting and Tabulation of Ballots Cast on Debtor's Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 19];

- Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan of Reorganization; (II) Fixing Related Objection Deadlines and Approving Notice Procedures; and (III) Granting Related Relief [Docket No. 44];

- Affidavit of Service of Notice of (A) Commencement of Prepackaged Chapter 11 Bankruptcy Case, (B) Combined Hearing on the Disclosure Statement, Confirmation of the Prepackaged Chapter 11 Plan, and Related Matters, and (C) Objection Deadlines, and Summary of the Debtor's Prepackaged Chapter 11 Plan [Docket No. 52];

- Affidavit of Publication [Docket No. 67];

- Notice of Filing Blackline Comparison of Debtor's First Amended Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 106];

- Declaration of Louis E. Robichaux IV in Support of (I) Approval of the Debtor's Solicitation Procedures and Disclosure Statement; and (II) Confirmation of the Debtor's First Amended Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 109];

- Debtor's Memorandum of Law in Support of (I) Approval of Debtor's Solicitation Procedures and Disclosure Statement; and (II) Confirmation of the Debtor's First Amended Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 110]; and

- Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtor's Solicitation Procedures and Disclosure Statement; and (II) Confirming the Debtor's First Amended Prepackaged Plan of Reorganization Pursuant To Chapter 11 of the Bankruptcy Code [Docket No. 111].

**Responses Received:** None.

**Status:** The matter is going forward as an uncontested matter.

2. Application of the Debtor for an Order Authorizing the Employment and Retention of DLA Piper LLP (US) as Counsel to the Debtor *Nunc Pro Tunc* to the Petition Date [Docket No. 70].

> **Related Documents:** None.
>
> **Responses Received**: None.
>
> **Status:** The matter is going forward as an uncontested matter.

3. Application of the Debtor for an Order (I) Authorizing the Employment and Retention of Ankura Consulting Group, LLC to Provide the Debtor a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Louis E. Robichaux IV as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date [Docket No. 71].

> **Related Documents:** None.
>
> **Responses Received**: None.
>
> **Status:** The matter is going forward as an uncontested matter.

4. Application of the Debtor for an Order Authorizing the Employment and Retention of Gilmore & Bell, P.C. as Special Counsel to the Debtor *Nunc Pro Tunc* to the Petition Date [Docket No. 101].

> **Related Documents:** None.
>
> **Responses Received:** None.
>
> **Status:** The matter is going forward as an uncontested matter.

Dated: December 17, 2019　　　　　**DLA PIPER LLP (US)**
Dallas, Texas

By: */s/ Andrew B. Zollinger*
Andrew B. Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
E-mail: andrew.zollinger@dlapiper.com

- and -

Thomas R. Califano (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
E-mail: thomas.califano@dlapiper.com

- and -

Rachel Nanes (admitted *pro hac vice*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8563
Facsimile: (305) 675-8206
E-mail: rachel.nanes@dlapiper.com

*Proposed Counsel for the Debtor*