| | |
|---|---|
| Andrew B. Zollinger, State Bar No. 24063944 | Thomas R. Califano (admitted *pro hac vice*) |
| DLA Piper LLP (US) | DLA Piper LLP (US) |
| 1900 North Pearl Street, Suite 2200 | 1251 Avenue of the Americas |
| Dallas, Texas 75201 | New York, New York 10020-1104 |
| Telephone: (214) 743-4500 | Telephone: (212) 335-4500 |
| Facsimile: (214) 743-4545 | Facsimile: (212) 335-4501 |
| E-mail: andrew.zollinger@dlapiper.com | E-mail: thomas.califano@dlapiper.com |
| *Counsel for the Debtor* | Rachel Nanes (admitted *pro hac vice*) |
| | DLA Piper LLP (US) |
| | 200 South Biscayne Boulevard, Suite 2500 |
| | Miami, Florida 33131 |
| | Telephone: (305) 423-8563 |
| | Facsimile: (305) 675-8206 |
| | E-mail: rachel.nanes@dlapiper.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CHAPTER 11** |
| **TARRANT COUNTY SENIOR LIVING** | § | |
| **CENTER, INC.**[1] | § | **CASE NO. 19-33756 (SGJ)** |
| | § | |
| **Debtor.** | § | |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE DEBTOR'S FIRST
AMENDED PREPACKAGED PLAN OF REORGANIZATION PURSUANT TO
CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) EFFECTIVE DATE**

  **PLEASE TAKE NOTICE** that an order [Docket No. 119] (the "Confirmation Order") of the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge for the Northern District of Texas, approving the *Debtor's First Amended Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code*, dated December 17, 2019 [Docket No. 105] (including all exhibits thereto and as the same may be further amended, modified or supplemented from time to time, the "Plan"), was entered on December 20, 2019. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and Confirmation Order.

  **PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on January 3, 2020.

  **PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtor, the Reorganized Debtor, the Trustee and any holder of a Claim against or Interest in the Debtor, as provided in the Plan.

---

[1] The last four digits of the Debtor's federal tax identification number are 8602.

EAST\171387219.2

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Confirmation Order, the deadline to file a request for payment of an Administrative Expense Claim must be filed with the Bankruptcy Court on or before the first Business Day that is thirty (30) days after the Effective Date or such other date ordered by the Bankruptcy Court (unless such request for payment or Proof of Claim has already been filed with the Bankruptcy Court).

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, Confirmation Order, and other related documents may be (i) inspected in the offices of the Clerk of the Court during normal business hours; (ii) downloaded from the Court's web site at http://www.txnb.uscourts.gov/ (please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents); and (iii) downloaded free of charge from the website of Epiq Corporate Restructuring, LLC, the Debtor's solicitation, claims, and noticing agent, https://dm.epiq11.com/Tarrant.  Requests may also be made to counsel for the Debtor using the contact information below.

Dated:  January 3, 2020
        Dallas, Texas

**DLA PIPER LLP (US)**

By: _/s/ Andrew B. Zollinger_
Andrew B. Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 743-4500
Facsimile:  (214) 743-4545
E-mail:  andrew.zollinger@dlapiper.com

– and –

Thomas R. Califano (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
E-mail:  thomas.califano@dlapiper.com

– and –

Rachel Nanes (admitted *pro hac vice)*
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone:  (305) 423-8563
Facsimile:  (305) 675-8206
E-mail:  rachel.nanes@dlapiper.com

*Counsel for the Debtor*

EAST\171387219.2